AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Joann Ford )<br>*on behalf of herself and all others similarly situated,* )<br>    )     4:21-cv-02307-RBH<br>    Plaintiff(s),  )<br>    )<br>vs   )<br>    )<br>United States of America,  )<br>    )<br>    Defendant(s).  ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that  *(check one)*:

❒ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed without prejudice.

This action was  *(check one)*:

❒ tried by a jury with Judge_____ presiding, and the jury has rendered a verdict.

❒ tried by Judge_____ without a jury and the above decision was reached.

✔ decided by the Honorable R Bryan Harwell, Chief United States District Judge, who grants defendant's motion to dismiss.

> Robin L. Blume
> CLERK OF COURT
>
> By: s/H.Ciccolella, Deputy Clerk

November 10, 2022