UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE  DIVISION

| | | |
|---|---|---|
| JOANN FORD, | ) | CA: 4:21-cv-02307-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff in the above-named action, Joann Ford, hereby appeals to the

United States Court of Appeals for the Fourth Circuit from: (1) the Order granting Defendant Sandhills

Medical Foundation, Inc.'s Motion to Substitute Party (Doc. 34) entered in this action on June 2, 2022; (2)

the Text Order granting the United States of America's motion to dismiss (Doc. 37), entered on November

10, 2022; and (3) the Judgment dismissing this case, entered on November 10, 2022.

Date: December 9, 2022

Respectfully Submitted,

/s/ Dylan A. Bess____
**DYLAN A. BESS, ESQ. (SC BAR NO. 101648)**
**MORGAN & MORGAN, ATLANTA PLLC**
P.O. Box 57007
Atlanta, GA  30343-1007
(404) 965-1886
sbrown@forthepeople.com

JOHN A. YANCHUNIS
**MORGAN & MORGAN COMPLEX LITIGATION**
**GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com

***Attorneys for Plaintiff and the Putative Class***

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 9, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of South Carolina by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.


     /s/ Dylan A. Bess

     **DYLAN A. BESS, ESQ. (SC BAR NO. 101648)**

     **MORGAN & MORGAN, ATLANTA PLLC**