**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| Joann Ford, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>Sandhills Medical Foundation, Inc., and the United States of America,<br><br>       Defendants. | Civil Action No: 4:21-cv-02307-RBH<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jessica L. Fickling, Esquire, of the law firm of Wyche, P.A., whose office, mailing address, and telephone number appear below, hereby enters an appearance in the above-referenced case as counsel for Defendant Sandhills Medical Foundation, Inc. and requests that all notices given or required to be given in this case be given to and served upon her as counsel for Defendant as set forth herein below.

Respectfully submitted,

WYCHE, P.A.

*s/Jessica L. Fickling*
Jessica L. Fickling (Fed. I.D. No. 11403)
Post Office Box 12247
Columbia, SC 29211-2247
Phone: (803) 254-6542
jfickling@wyche.com
*Attorney for Defendant Sandhills Medical Foundation, Inc.*

August 12, 2024